1 **WILLIAM S. SCOTT, ESQ., #72581**
**SCOTT & NICHOLS**
2 120 North Hunter Street
Stockton, California 95202
3 Telephone: (209) 942-4300
Facsimile: (209) 942-4450
4
Attorneys for Plaintiff
5 **EDUARDO MUNOZ**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO MUNOZ, | CASE NO. 2:09-CV-01553-GEB-KJM |
| Plaintiff, | **STIPULATION TO DISMISS THE 6TH AND 7TH CAUSES OF ACTION WITH PREJUDICE AND TO REMAND THE CASE TO STATE COURT, RULE 41(a)(1)** |
| vs. | |
| POWERWORKS, LLC, MICHAEL LANGELOH and DOES 1 to 20, inclusive, | |
| Defendants. | |

It is hereby stipulated by and between the parties hereto through their respective attorneys of record that plaintiff may dismiss the 6th and 7th Causes of Action which form the basis of subject matter jurisdiction for Federal Court for claims arising under the U.S. Constitution.

It is further stipulated by the parties that the remaining state law claims be remanded to the Superior Court of the County of San Joaquin, State of California under Case No. 39-2009-00210987-CU-WT-STK.

Dated: September 3, 2009        SCOTT & NICHOLS
                                Professional Law Corporation

                                */s/ William S. Scott*

                                _____
                                WILLIAM S. SCOTT
                                Attorney for Plaintiff
                                EDUARDO MUNOZ

---
**STIPULATION TO DISMISS THE 6TH AND 7TH CAUSES OF ACTION WITH PREJUDICE AND TO REMAND THE CASE TO STATE COURT, RULE 41(a)(1)**

1

Dated:  September 3, 2009                    PALMER KAZANJIAN WOHL HODSON LLP

                                             */s/ Amanda R. Gimbel*
                                             _____
                                             AMANDA R. GIMBEL
                                             LARRY M. KAZANJIAN

                                             Attorneys for Defendants
                                             POWERWORKS LLC and MICHAEL LANGELOH

## ORDER OF REMAND

Whereas, the Federal Claims have been dismissed, the supplemental state law claims shall be remanded to the County of San Joaquin, State of California under Case No. 39-2009-00210987-CU-WT-STK.

Dated:  September 3, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

**STIPULATION TO DISMISS THE 6TH AND 7TH CAUSES OF ACTION WITH PREJUDICE AND TO REMAND THE CASE TO STATE COURT, RULE 41(a)(1)**

2